CA 04-119 E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Joseph Cunningham
EE-3603 SCI-Forest
P.O. Box 945
Marienville, PA 16239-0307

Magistrate Judge Susan Paridise Baxter
C/O Erie Clerk's Office
United States District Court
P.O. Box 1820
Erie, PA 16507

Wednesday, January 4, 2006

RE: COMMONWEALTH V. WILLIAM JOSEPH CUNNINGHAM, NO. 1966 A & B OF 1999, PETITION FOR WRIT OF HABEAS CORPUS, CIVIL ACTION NO. 04-119 ERIE.

Dear Judge Baxter:

Please be advised that the Petitioner in the above-captioned matter is extremely concerned about receiving the Magistrate's "Report and Recommendation" regarding the Petition for Habeas Corpus that was filed Pro Se., by the Petitioner on April 19, 2004.

It appears to me that it's taking a significant amount of time to receive that ANTICIPATED REPORT and RECOMMENDATION FROM YOU. "With all due respect" Judge Baxter, shouldn't I be receiving that Report & Recommendation from you, sometime within the near future?

Once again, I strongly declare my innocence, for the crimes which I was unfairly convicted of in the above-captioned matter! I look forward to receiving your Report and Recommendation sometime within the forthcoming future.

"Thank-You!", for your time and concern regarding this matter.

Respectfully,

*William J Cunningham*
William Joseph Cunningham
Petitioner, Pro Se.

WJC/wjc

cc: Clerk