IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOSEPH CUNNINGHAM, | : |
| Petitioner, | : CIVIL ACTION No. 04-119 ERIE |
| v. | : District Judge McLaughlin |
| WILLIAM STICKMAN, et al, | : Magistrate Judge Paradise-Baxter |
| Respondents. | : |

### PETITIONER'S MOTION FOR EXTENTION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION

AND NOW, this __23__ day of March, 2006, comes the Petitioner William Joseph Cunningham, Pro Se., and files this within Motion for Extention of Time to file his Objections to the Magistrate's Report and Recommendation in the above-captioned case and in support thereof avers as follows:

1. The Petitioner's Objections to the Magistrate's Report And Recommendation are due on or before March 27, 2006.

2. The Petitioner will need additional time to do the proper Legal Research to file his Objections to the Magistrate's Report And Recommendation.

3. The Petitioner's access to the Institution's Law Library is limited.

WHEREFORE, Petitioner will need additional time to prepare and file his Objections to the Magistrate Judge Susan Paradise Baxter's Report And Recommendation regarding the Petition for Writ of Habeas Corpus that was filed by Petitioner Pro Se., on April 19, 2004. Petitioner William Joseph Cunningham is respectfully requesting forty-five (45) days time from the due date of March 27, 2006.

Respectfully submitted,

By: _William J Cunningham_

William Joseph Cunningham  DC# EE-3603
SCI-Forest, Housing Unit H/A 1016
P.O. Box 945
Marienville, PA 16239-0945

FILED MAR 27 '06 A9:31 CLERK U.S. DISTRICT COURT

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JOSEPH CUNNINGHAM, | : | |
| Petitioner, | : | CIVIL ACTION No. 04-119 ERIE |
| v. | : | District Judge McLaughlin |
| WILLIAM STICKMAN, et al, | : | Magistrate Judge Paradise-Baxter |
| Respondents. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the Petitioner's Motion for Extention of Time to File Objections to the Magistrate Judge Susan Paradise Baxter's Report And Recommendation to the Petition for Writ of Habeas Corpus in the above-captioned matter in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

### SERVICE BY FIRST CLASS MAIL

Two Copies:

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

One Copy:

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

One Copy:

Chad J. Vilushis
Assistant District Attorney
Erie County Courthouse
140 West 6th Street
Room 301
Erie, PA 16501

Respectfully submitted,

By: *William J Cunningham*

William Joseph Cunningham
Petitioner, Pro Se.

Dated: March 23, 2006

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Joseph Cunningham, DC# EE-3603
SCI-Forest, Housing Unit H/A 1016
P.O. Box 945
Marienville, PA 16239-0945

Clerk's Office                               (CIVIL ACTION No. 04-119 ERIE)
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507        Thursday, March 23, 2006

RE:  Petitioner's Motion for Extention of Time to file Objections to Magistrate's
     Report And Recommendation to Petition for Writ of Habeas Corpus.

Dear Clerk of Court:

Please be advised that the Petitioner in the above-captioned matter has sent this Honorable Court two (2) copies of this Motion within. Please file One of the two copies of this Motion for Extention of Time with your office, and I would be very appreciative if you could time stamp the second copy that I sent to you and send it back to me, so I will have a time stamped copy of this Motion for my own records. Should there be any inconsistencies please advise.

"Thank-You!", for your time and services regarding this matter.

Respectfully,

*William J Cunningham*

William Joseph Cunningham
Petitioner, Pro Se.

cc: file