Inmate Name William Joseph Cunningham    DC # EE-3603
Housing Unit: HA-1016
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
POST OFFICE BOX 1820
ERIE, PENNSYLVANIA 16507

02 1A
0004376471
MAILED FROM ZIPCODE 16239
MAR 23 2006
$ 00.63⁰

RECEIVED

MAR 27 2006

CLERK U.S.
WEST. DIST. OF PENNS...