IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOSEPH CUNNINGHAM,<br>　　　　Petitioner, | : CIVIL ACTION No. 04-119 ERIE |
| v. | : District Judge McLaughlin |
| WILLIAM STICKMAN,<br>RAYMOND J. SOBINA, et al.,<br>　　　　Respondents. | : Magistrate Judge Paradise Baxter |

### PETITIONER'S MOTION FOR EXTENTION OF TIME
### TO FILE OBJECTIONS TO
### MAGISTRATE'S REPORT AND RECOMMENDATION

AND NOW, this 13 day of April, 2006 comes the Petitioner William Joseph Cunningham, Pro Se., and files this within Motion fir Extention of Time to file his Objections to the Magistrate's Report and Recommendation in the above-captioned case and in support thereof avers as follows:

1. The Petitioner's Objections to the Magistrate's Report and Recommendation are due on or before April 18, 2006.
2. The Petitioner will need additional time to do the proper legal research to adequately file his Objections to the Magistrate's Report and Recommendation.
3. The Petitioner's access to the Institutions' law library is very limited.

　　WHEREFORE, Petitioner will need additional time to prepare and file his Objections to the Magistrate Judge Susan Paradise Baxter's Report and Recommendation regarding the Petition for Writ of Habeas Corpus that was filed by Petitioner Pro Se., on April 19, 2004. Petitioner William Joseph Cunningham is respectfully requesting an additional twenty-two (22) days time from the due date of April 18, 2006.

Respectfully submitted,

By: *William J. Cunningham*

William J. Cunningham  DC# EE-3603
SCI-Forest, Housing Unit HA-1016
P.O. Box 945
Marienville, PA 16239-0945

[FILED stamp: U.S. DISTRICT COURT CLERK, 06 APR 17 AM 10:19]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM JOSEPH CUNNINGHAM,       :
        Petitioner,              :  CIVIL ACTION No. 04-119 ERIE
                                 :
    V.                           :  District Judge McLaughlin
                                 :
WILLIAM STICKMAN,                :  Magistrate Judge Paradise Baxter
RAYMOND J. SOBINA, et al.,       :
        Respondents.             :

### CIRTIFICATE OF SERVICE

    I hereby certify that I an this day serving a true and correct copy of the Petitioner's Motion for Extention of Time to File Objections to the Magistrate Judge Susan Paradise Baxter's Report and Recommendation to the Petition for Writ of Habeas Corpus in the above-captioned matter in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil procedure.

### SERVICE BY FIRST CLASS MAIL

One Copy To:

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

One Copy To:

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

One Copy To:

Chad J. Vilushis
Assistant District Attorney
Erir County Courthouse
140 West 6th Street
Room 301
Erie, PA 16501

Respectfully Submitted,

By: _William J. Cunningham_

William Joseph Cunningham
Petitioner, Pro Se.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Joseph Cunningham DC# EE-3603
Housing Unit HA-1016
SCI-Forest
P.O. Box 945
Marienville, PA. 16239-0945

Clerk's Office                              (CIVIL ACTION No. 04-119 ERIE)
United States District Court
Western District of Pennsylvania             District Judge McLaughlin
P.O. Box 1820
Erie PA 16507                                Magistrate Judge Paradise Baxter

RE:  <u>MOTION FOR EXTENTION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE'S
     REPORT AND RECOMMENDATION IN PETITION FOR WRIT OF HABEAS CORPUS.</u>

Dear Clerk of Court:                         Thursday, April 13, 2006

    Please be advised that I've sent this Honorable Court a copy of the Motion for Extention of Time for your office to file with the Court.

    "Thank-You!", for your time and concern regarding this matter.

cc: file

_William J Cunningham_
William Joseph Cunningham DC# EE-3603
Petitioner <u>Pro</u> <u>Se</u>.

Enclosure:
Original Document.