Inmate Name _William Joseph Cunningham_ DC # BE-3603
Housing Unit: _HA-1016_
SCI Forest
PO Box 945
Marienville, PA 16239

16507+0620-20 B007

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507

UNITED STATES POSTAGE
$ 00.39°
02 1A
0004376471
MAILED FROM ZIP CODE 16239
APR 13 2006

RECEIVED

APR 1 7 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Inmate Mail - Dept. of Corrections