William Joseph Cunningham  DC# EE-3603
SCI-Forest  Housing Unit  H/A 1016
P.O. Box 945
Marienville, PA 16239-0945

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507

**RECEIVED**

APR 21 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

INMATE MAIL
PA DEPT OF
CORRECTIONS

