IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

William Joseph Cunningham  DC# EE-3603
SCI-Forest  Housing Unit  H/A 1016
P.O. Box 945
Marienville, PA 16239-0945

Clerk's Office                    (CIVIL ACTION No. 04-119 ERIE)
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie PA 16507


IN RE:   PETITIONER'S OBJECTIONS/RESPONSE TO MAGISTRATE JUDGE'S REPORT AND
         RECOMMENDATION.


Dear Clerk of Court:

   Please be advised this letter is to clearify the dates noted on the Petitioner's Objections to the Magistrate Judge's Report and Recommendation that I have sent to your office for filing.

   The Signature Verification was done and Notarized at the SCI-Forest Law Library on April 18, 2006. The same day that I placed the Petitioner's Objections in the Institution's U.S. Mail Box, located in my housing unit.

   I dated the Petitioner's Objections/Document for April 19, 2006, because I knew, even though I placed that document in the mail on the 18th, it wouldn't leave the Institution until April 19, 2006.

   I had also filed a second Petitioner's Motion for Extention of Time to file Objections to Magistrate Judge's Report and Recommendation, but did not receive an answer to that Motion filed by the Petitioner on April 13, 2006. Being that I filed for the second Extention of Time, I know that I fall within the Grace Period for having my objections filed within a timely manner.

   "Thank-You!", for your time and services regarding this matter.

                                                William J. Cunningham
                                                William Joseph Cunningham

Inmate Name William Joseph Cunningham DC # EF-3603
Housing Unit: H/A 1016
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL**
**PA DEPT OF CORRECTIONS**

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507

02 1A
0004376471
MAILED FROM ZIP CODE 16239
$ 00.39⁰
PITNEY BOWES
APR 19 2006

RECEIVED
APR 21 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 B00: Inmate Mail Dept. of Corrections