IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM JOSEPH CUNNINGHAM,          :
      (Petitioner)                 :   Writ of Habeas Corpus
                                   :
    v.                               :   CIVIL ACTION No. 04-119 ERIE
                                   :
WILLIAM STICKMAN,                    :   District Judge Sean McLaughlin
RAYMOND J. SOBINA, et al.,           :
      (Respondents)                :   Magistrate Judge Paradise Baxter

## JUDICIAL NOTICE

Commonwealth            :
of Pennsylvania         :   SS
Forest County           :

TO THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

    Petitioner William Joseph Cunningham, hereby files this Notice, to notify the Court and all parties involved, that I have filed for Joinder of Actions together with Gaetano Dianese in The United States Supreme Court, pursuant to U.S.S.C. Rule 9 & F.R.C.P. 18 of Original Jurisdiction within the provisions of the U.S. Constitution Article III. Attached and made part of this filing is the "Request for Joinder of Claims and Remedies", along with the "Proof of Service" filed in the United States Supreme Court by Gaetano Dianese.

Dated: 04/20/2006

                                                    _William J. Cunningham_
                                            William Joseph Cunningham  DC# EE-3603
                                            SCI-Forest, Housing Unit H/A 1016
                                            P.O. Box 945
                                            Marienville, PA 16230-0945

                                            Petitioner, Pro Se.

[FILED APR 26 AM 10:38 U.S. DISTRICT CLERK stamp]

CERTIFICATE OF SERVICE

I, William Joseph Cunningham, petitioner in original Writ for Habeas Corpus, Civil Action 04-119 ERIE, certifies on this day April 20, 2006, that I am serving a true and correct copy of Judicial Notice, To The United States District Court, For The Western District Of Pennsylvania:

1) Giving Notice that I have filed for Joinder of Actions, together with Gaetano Dianese in the United States Supreme Court:

2) Requesting for Joinder of Claims and Remedies, along with the Proof of Service filed in the United States Supreme Court by Gaetano Dianese:

served to the the following people and offices in the manner indicated below, which service satisfies the requirements of the Federal Rules of Civil Procedure.

SERVICE BY FIRST CLASS MAIL TO:

One Copy:

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16507

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501

Chad J. Vilushis
Assistant District Attorney
Erie County Courthouse: Room 301
140 West 6th Street
Erie, PA 16501

Dated: 04/20/2006

Respectfully submitted,

By: _____William J. Cunningham_____
William Joseph Cunningham  DC# EE-3603
SCI-Forest  Housing Unit H/A 1016
P.O. Box 945
Marienville, PA 16239-0945

Petitioner, Pro Se.

April  20 , 2006

                              William Joseph Cunningham  DC# EE-3603
                              SCI-Forest  Housing Unit  H/A 1016
                              P.O. Box 945
                              Marienville, PA 16239-0945

Clerk of Court
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507


    RE:   Cunningham, William v. Stickman / Sobina, et al.
           No. 04-119 ERIE (W.D. Pa)


Dear Clerk of Court:

    Please find enclosed the Original Document of Judicial Notice that is being filed with your office, which has been filed as of record this date on behalf of the Petitioner in the above-captioned matter.


    "Thank-You!", for your time and services regarding this matter.



cc: file                                   Respectfully submitted,

Susan Paradise Baxter

Chad J. Vilushis                    By: _William J. Cunningham_____

                                         William Joseph Cunningham  DC# EE-3603
                                         Petitioner, Pro Se.


Dated: 04/20/2006