In the United States Supreme Court
October 2004
In the name of the President George W. Bush

| | |
|---|---|
| Gaetano Dianese | Original Jurisdiction |
| United States of | Art. 3, §2, ch.2, RICO |
| America, et. al., | Appeal No. 3:03-CV-145 |
| vs. | Appeal No. 1040 MDA 2005 |
| The Commonwealth of | Removal No. 12942 of 2005 |
| Pennsylvania, et. al., | Removal Mis. No. A639405 |

PROOF of Service

Commonwealth
of Pennsylvania    : SS
Forest County

To the United States Supreme Court

I, Gaetano Dianese, do hereby swear that on this date, 4/19/06, I mailed in the in house mail box at H. block, A pod, SCI Forest, Marienville PA. 16239, copy of "Request for Joinder of Claims and Remedies" and this "Proof of Service". Served on the following parties listed bellow, by first class U.S. mail and filed to the above caption.

parties:

1) the following parties all addressed as follow:
Luzerne County Courthouse, 200 N. River St.
Wilkes-Barre, PA. 18711-1001.
  a) David W. Lupas - District Attorney
  b) Michael T. Toole - Judge
  c) Robert F. Keilly - Clerk of Court
  d) Court Reporter - Luzerne County Court

2) David A. Szewczak - Prothonotary, Sup. Court of PA., 100 Pine St., Suite 400, Harrisburg, PA. 17101

3) William K. Suter - Clerk U.S. Supreme Court. one first st. N.E., Washington, DC. 20543-0001

4) U.S. Solicitor General, Department of Justice, Washington, DC. 20530.

5) PA Attorney General, Strawberry Square 16fl. Harrisburg PA. 17120

6) PA. Governor Rendell, %o General Counsel 333 Market St. 17fl. Harristown Bldg., Harrisburg, PA. 17101

7) Richard Hughes III, Solicitor for Luzerne County Sheriff, 345 Pierce St. Kingstown PA. 18704.

8) Ms. Rosemarie Dianese, Co-party 725 W. 5th St. Hazleton, PA. 18201

9) Paul A. Galante, Esq. Attorney for Ms. Dianese 225 Wyoming Av., West Pittston, PA. 18643

10) Michael Farnan - Chief Counsel, Department of Corrections, 2520 Lisburn Road, P.O. Box 598 Camphill, PA. 17001-0598

11) Raymond J. Sobina - Superintendent, SCI Forest, Marienville, PA. 16239-0307

12) U.S. Supreme Court Justice for the Third Circuit, Alito, %o William K. Suter, Clerk, One First St. NE., Washington, DC. 20543-0001

13) President George W. Bush, Whitehouse Executive, 1600 Pennsylvania Av. NW, Washington DC 20500

14) William J. Cunningham, Hand delivery

Date: 4/19/06                    Respectfully submitted

Gaetano Dianese, GC4905
SCI Forest, Marienville, PA.

In The United States Supreme Court
October 2004

In The name of the President George W. Bush

| Gaetano Dianese<br>United States of<br>America, et. al.,<br>vs.<br>The Commonwealth of<br>Pennsylvania, et. al., | Original Jurisdiction<br>Art. 3, §2, Cl. 2, RICO<br>Appeal No. 3:03-CV-145<br>Appeal No. 1040 MDA 2005<br>Removal No. 12942 of 2005<br>Removal Mis No. AD39405 |

Request for
Joinder of Claims and Remedies

Commonwealth
of Pennsylvania    :    SS
Forest County      :

To The United States Supreme Court

1) Appellant, Gaetano Dianese, file this "Request for Joinder of Claims" of William Joseph Cunningham, Petition for Writ of Habeas Corpus, civil action no. 04-119 Erie. Said petition is now in front of Judge Sean McLaughlin, in the U.S. D.C. for the W.D. of PA., from Magistrate Judge Baxter Report and Recommendation, that it be dismissed and that a certificate of appealability be denied.

2) Mr. Cunningham is currently in the same block at SCI Forest with me. I am assisting him in filing objections to the report and recommendation. I have determind that it rised from the activity of the "State Monarchy" RICO Enterprise.

3) He was convicted on the testimony based on the opinion of law enforcement officers, who usurped his constitutional right to Representation. The material fact of Mr. Cunningham

claim parallel those of the above caption. And are so related that the fact of the case give light to the working of the "State Monarchy". Judicial hierarchy. That I call "Judgeism". This hierarchy deprive We the People of our proud Republic, by usurping the sovereign powers of Article I, section 10, clause 1 and Article IV section 4, among others.

4) With the usurp power the "State Monarchy" by the hierarchy of the "Judgeism" has granted title of nobility to the Law Enforcement official. A citizen such as myself and Mr. Cunningham have been found guilty on the opinion of the Law Enforcement official only. In our Republic the people hold sovereign power and the official are the servant of the people. Therefore a servant can't be of noble rank or held to be morally superior. Thereby, an official testimony can't be used solitary to convict a People.

5) Pursuant to U.S.S.C. Rule 9 of original Jurisdiction and F.R.C.P. Rule 18, joinder of claims and remedies.

Date: 4/16/06                        Respectfully submitted

                                     Gaetano Dionese, GC4905
                                     SCI Forest, Marienville VA.