Inmate Name William Joseph Cunningham DC # EE-3603
Housing Unit: H/A 1016
SCI Forest
PO Box 945
Marienville, PA 16239

**INMATE MAIL
PA DEPT OF
CORRECTIONS**

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004376471
$ 00.39⁰
APR 24 2006
MAILED FROM ZIP CODE 16239

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507

RECEIVED
APR 26 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507+0820-20 Inmate Mail-Dept. of Corrections