IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JOSEPH CUNNINGHAM,<br>(Petitioner) | Writ Of Habeas Corpus |
| v. | Civil Action No. 04-119 ERIE |
| WILLIAM STICKMAN,<br>RAYMOND J. SOBINA, et al.,<br>(Respondents) | District Judge Sean McLaughlin<br><br>Magistrate Judge Paradise Baxter |

### PRAECIPE

Attached please find a copy of the "Joinder of Persons and Notice of Appeal to Rule 56 Summary Judgment Motion", filed in The United States Supreme Court to the file docket caption of Gaetano Dianese, et al., vs. Commonwealth of Pennsylvania, et al. Please file it to the above captioned Civil Action No. 04-119 ERIE, as my Notice of Appeal.

04/27/2006

Respectfully submitted,

*/s/ William J. Cunningham*

William Joseph Cunningham  DC# EE-3603
SCI-Forest, Housing Unit H/A 1016
P.O. Box 945
Marienville, PA 16239-0945
Petitioner, Pro Se.

CERTIFICATE OF SERVICE

I <u>WILLIAM JOSEPH CUNINGHAM</u>, Petitioner in original Writ for Habeas Corpus and attached captioned matters, certifies on this of April <u>27</u>, 2006, that I am serving a true and correct copy of the below document, upon the following persons and offices in the manner indicated below, which services satisfies the requirements of the Federal Rules of Civil Procedure.

<u>Praecipe</u>

Joinder of Persons and Notice of Appeal
to Rule 56 Summary Judgment Motion
filed in The United States Supreme Court

<u>SERVED BY FIRST CLASS MAIL TO</u>:

One Copy:

Clerk's Office
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie, Pennsylvania 16507


Chad J. Vilushis
Assistant District Attorney
Erie County Courthouse: Room 301
140 West 6th Street
Erie, Pennsylvania 16501


Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, Pennsylvania 16501

Respectfully submitted,

04/27/2006

By: *[signature]*

William Joseph Cunningham  DC# EE-3603

In The United States Supreme Court
October 2004
In the name of the President George W. Bush

| | |
|---|---|
| Gaetano Dianese | Original Jurisdiction |
| United States of | Art. 3, § 2, Cl. 2, RICO |
| America, et. al., | Appeal No. 3:03-cv-145 |
| vs. | Appeal No. 1040 MDA 2005 |
| the Commonwealth/ | Removal No. 12942 of 2005 |
| Pennsylvania, | Removal Mis. No. A639405 |
| et. al., | Joinder - W. J. Cunningham |
| | U.S.D.C. no. 04-119 Erie |

Joinder of Persons and Notice of Appeal
To Rule 56 Summary Judgment motion.

Commonwealth :
of Pennsylvania : SS
Forest County :

To the United States Supreme Court

1) I, Plaintiff/appellant, Gaetano Dianese, do hereby file this "Joinder of Persons and notice of Appeal to Rule 56 Summary Judgment motion", Pursuant to U.S.S.C. Rule 9 & 10 of original Jurisdiction and F.R.C.P. 19(a)(2)(i) and (ii). Appeal is of the memorandum order of U.S.D.C. Judge Sean J. McLaughlin date 4/24/06. U.S.D.C. no. 04-119-Erie.

2) On 4/16/06, I filed a "Request for Joinder of Claims and Remedies", in which I stated Mr. Cunningham claims an interest relating to the subject of the "State Monarchy" and is so situated that the disposition of the captioned action in Mr. Cunningham's absence may leave the Commonwealth of Pennsylvania, et al, already parties subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reson

of the claimed interest in the "State monarchy", who heirachy "Judgeism" as a practical matter impaired and impeded Mr. Cunningham ability to protect that interest.

3) Attached is a copy of the affidavit submitted to the U.S.D.C. for W.D. of PA. No. 04-119 Erie, objecting to the Magistrate Judge report and recommendation dated 4/18/06, is now filed in the above caption in support of the Summary Judgment. The attachments are served on to the U.S.S.C. clerk only and are incorporated herein by reference as if same were fully set forth at length.

Date: 4/27/06

Respectfully submitted

Gaetano Dianese, GC4905

In the United States Supreme Court
October 2004
In the name of The President George W. Bush

| | Original Jurisdiction |
|---|---|
| Gaetano Dianese | Art. 3, §2, Cl. 2, RICO |
| United States of | Appeal No. 3:03-CV-145 |
| America, et. al., | Appeal No. 1040 MDA 2005 |
| vs. | Removed No. 12942 of 2005 |
| The Commonwealth | Removed Mis. No. A639405 |
| of Pennsylvania, | Joinder - W.I. Cunningham |
| et al., | U.S.D.C. No. 04-119 Erie |

Proof of Service

Commonwealth
of Pennsylvania     : SS
Forest County       :

To the United States Supreme Court
I, Gaetano Dianese, do hereby swear that on this date, 4/27/06, I mailed in the inhouse mail box at H block, A pod, SCI Forest, Marienville PA. 16239, copys of "Joinder of Persons and notice of Appeal To Rule 56 Summary Judgment motion" and this "Proof of Service". Served on the following parties listed bellow, by first class U.S. mail and filed to the above caption.

parties:
1) the following parties all addressed as follow.
Luzerne County Courthouse, 200 N. River St. Wilkes-Barre, PA. 18711-1001.
    a) David W. Lupas - District Attorney
    b) Michael T. Toole - Judge
    c) Robert F. Reilly - Clerk of Court
    d) Court Reporter - Luzerne County Court
2) David A. Szewczak - Prothonotary, Sup. Court of PA.
100 Pine St, Suit 400, Harrisburg, PA. 17101

3) William K. Suter and third circuit Justice, Alito U.S.S.C., one First St. N.E., Washington, DC. 20543-0001

4) U.S. Solicitor General, Department of Justice Washington, DC. 20530.

5) PA. Attorney General, strawberry square, 16fl. Harrisburg PA. 17120.

6) PA. Governor Rendell, c/c General Counsel 333 Market st. 17fl.; Harrisburg, PA. 17101

7) Richard Hughes III, Solicitor for Luzerne County Sheriff, 345 Pierce St. Kingstown PA. 18704

8) Ms. Rosemarie Dianese, Co-party 725 w. 5th St., Hazleton, PA. 18201

9) Paul A. Galante, Esq. Attorney for Ms. Dianese 225 Wyoming Av., west Pittston, PA. 18643

10) Michael Farnan - Chief Counsel, Dept. of Cor. 2520 Lisburn Rd., P.O. Box 598, Camphill, PA. 17001-0598

11) Raymond J. Sobina - Superintendent, SCI Forest Marienville, PA. 16239-0307

12) President George W. Bush, Whitehouse Executive, 1600 Pennsylvania, Av. NW., Washington, DC. 20500.

13) William J. Cunningham, EE3603, SCI Forest

14) Clerk's office, United States District Court Western District of Pennsylvania, P.O. Box 1820, Erie, PA. 16507

15) Chad J. Vilushis, Assistant District Attorney, Erie County Courthouse, 140 West 6th street Room 301, Erie, PA. 16501

16) Susan Paradise Baxter chief United States magistrate Judge U.S.D.C. for the W.D. of PA. 17 South Park Row, Room A280, Erie, PA. 16501

Respectfully submitted



RECEIVED

MAY 0 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Inmate Name: Gaetano Dionocle  DC# GC490
Housing Unit: HA 2063
SCI Forest
PO Box 945
Marienville, PA 16239

INMATE MAIL
PA DEPT OF
CORRECTIONS

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A280
Erie, PA 16501