BLD-77                                                                                               December 21, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-2550**

WILLIAM JOSEPH CUNNINGHAM

    VS.

WILLIAM STICKMAN, ET AL.

    (W.D. Pa. Civ. No. 04-cv-00119)

Present: MCKEE, FUENTES AND ROTH, <u>CIRCUIT JUDGES</u>

    Submitted is Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); in the above-captioned case.

                                    Respectfully,

                                    Clerk

MMW/JSN/mc/awi

_____ORDER_____

The foregoing request for a certificate of appealability is denied because, for substantially the same reasons given by the Magistrate Judge, we conclude Appellant has not made a substantial showing of the denial of a constitutional right.  <u>See</u> 28 U.S.C. 2253(c); <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 336-38 (2003).

                                    By the Court,

                                    /s/ Theodore A. McKee
                                    Circuit Judge

A True Copy:

Dated: 17 April 2007
AWI/CC: WJC
       Marcia M. Waldron, Clerk
       RAS