UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

September 26, 2007

Clerk of Court
Erie County Courthouse
140 West Sixth Street
Erie PA 16501

    Re: William Joseph Cunningham

    Civil Action No. 04-119 Erie

Dear Sir:

    I am returning herewith the State Court records previously forwarded to this Court for its use in determining the above entitled matter.

    Please receipt for these records on the enclosed copy of this letter.

    Very truly yours,

    ROBERT V. BARTH, JR.
    CLERK OF COURT

    By: *[signature]*
    Debra L. Mayo
    Deputy Clerk

Enclosures

**RECEIVED**
SEP 2 8 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA